FILED

1  Gary Snodgrass
   CDCR #: C-50459
2  CTF-Central
   P O Box 689
3  Soledad, CA  93960-0689

JUL - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4  Petitioner In Pro Se

5

6              UNITED STATES DISTRICT COURT

7         NORTHERN DISTRICT OF CALIFORNIA    E-filing

8                                                     (PR)

9                                         JSW

10  GARY SNODGRASS,                    Case No.: 08    3322

11           Petitioner,              California Supreme Court Case No. S162262
                                      1st App. Dist., Div.3, Case No. A120907
12       v.                           Contra Costa Superior Court No. 071708-2
                                      Former Criminal Case No. 26252
13  BEN CURRY,  Warden,
    California Training Facility, Soledad, CA.,   MOTION TO PROCEED WITH MODIFIED
14                                               HABEAS CORPUS FORMAT

15           Respondent.

16

17        COMES NOW Petitioner Gary Snodgrass, who respectfully moves the Court for

18  permission to proceed with the filing of his petition for writ of habeas corpus by a modified

19  format that includes the federal pro se informal format with regards to the factual

20  information required.  Petitioner states that the form is confusing en toto and appears to be

21  based around a challenge to the original conviction.  Petitioner believes that the format he

    has submitted for his habeas petition is far cleaner and clearer, and adequately presents
22
    the claims, facts, arguments, and supporting law.
23

24

25

    MOTION TO PROCEED WITH MODIFIED HABEAS CORPUS FORMAT -  ORIGINAL

1      **CONCLUSION**

2      The Court should grant the motion to use the submitted petition.

3

4      Dated: July 1,, 2008.                    Respectfully submitted,

5

6                                               Gary Snodgrass, in pro se

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MOTION TO PROCEED WITH MODIFIED HABEAS CORPUS FORMAT - 2

1

## **DECLARATION OF SERVICE BY MAIL**

2

3

| *Case Name:* | GARY SNODGRASS v. BEN CURRY, WARDEN |

4

| *Court:* | United States District Court, |
5 | | Northern District of California |

6

| *Title of Doc.:* | **MOTION TO PROCEED WITH MODIFIED** |
7 | | **HABEAS CORPUS FORMAT** |

8

9                         I, the undersigned, declare:

10

11         I am the party in the foregoing action. I am over 18 years of age and a citizen
of the United States. On the date below I have served a copy of the attached subject
12 document upon the opposing party by placing a true copy of same in the U.S. mail
13 depository, proper postage affixed thereto, and correctly addressed as follows:

14

15         Attorney General of California
        Attn: Scott C. Mather, Deputy Attorney General
16         455 Golden Gate Avenue, Suite 11000
        San Francisco, CA 94102-7004
17

18         SWORN TO UNDER PENALTY OF PERJURY, under the laws of California, this

19 1st day of July, 2008, at Soledad, CA.

20

21

22                                         GARY SNODGRASS, declarant

23

24

25

MOTION TO PROCEED WITH MODIFIED HABEAS CORPUS FORMAT - 3