IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SNODGRASS, ) | No. C 08-3322 MMC (PR) |
| Petitioner, ) | **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME** |
| vs. ) | |
| BEN CURRY, ) | (Docket No. 21) |
| Respondent. ) | |

GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a response to the amended petition is hereby GRANTED. Respondent shall file a response to the amended petition no later than February 25, 2011. Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto. If respondent files a motion to dismiss, respondent <u>shall</u> file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 21.

IT IS SO ORDERED.

DATED: January 21, 2011

_____
MAXINE M. CHESNEY
United States District Judge